UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1:20-CR-00220 NONE SKO |
|---|---|---|
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| JOSE LUIS TORRES-CONTRERAS, | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Alekxia L. Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to December 10, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __December 11, 2020__    __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE