McGREGOR W. SCOTT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00220-NONE-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: January, 20, 2021 |
| FELIX ESPINOZA-VIGIL, aka Jose Torres-Contreras, Jose Contreras-Torres, Jose Luis Torres, | TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for January 20, 2021, may be continued until February 17, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The United States has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through February 17, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

STIPULATION AND ORDER

1

IT IS SO STIPULATED.

Dated:  January 13, 2021							McGREGOR W. SCOTT
									United States Attorney


									*/s/ JOSEPH D. BARTON*
									JOSEPH D. BARTON
									Assistant United States Attorney


Dated:  January 13, 2021							*/s/ ALEKXIA STALLINGS*
									ALEKXIA STALLINGS
									Counsel for Defendant

MCGREGOR W. SCOTT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>FELIX ESPINOZA-VIGIL, aka Jose Torres-Contreras, Jose Contreras-Torres, Jose Luis Torres,<br><br>  Defendant. | CASE NO. 1:20-CR-00220-NONE-SKO<br><br>ORDER |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 20, 2021, is continued until February 17, 2021, at 1:00 p.m., before the Hon. Sheila K. Oberto. The period through February 17, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __**January 13, 2021**__         /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                             3