McGREGOR W. SCOTT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00220-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: February, 17, 2021 |
| FELIX ESPINOZA-VIGIL, aka Jose Torres-Contreras, Jose Contreras-Torres, and Jose Luis Torres, | TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for February 17, 2021, may be continued until March 31, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The United States has produced discovery to defense counsel.  Defense counsel has further investigation to perform in this case.   The parties have also commenced plea negotiations.  The parties agree that time under the Speedy Trial Act shall be excluded through March 31, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

STIPULATION AND ORDER

1

IT IS SO STIPULATED.

Dated:  February 11, 2021                                     McGREGOR W. SCOTT
                                                              United States Attorney

                                                              */s/ JOSEPH D. BARTON*
                                                              JOSEPH D. BARTON
                                                              Assistant United States Attorney

Dated:  February 11, 2021                                     */s/ ALEKXIA STALLINGS*
                                                              ALEKXIA STALLINGS
                                                              Counsel for Defendant

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for February 17, 2021, is continued until March 31, 2021, at 1:00 p.m., before the Hon. Sheila K. Oberto. The period through March 31, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **February 12, 2021**                                 /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                           2