1 PHILLIP A. TALBERT
Acting United States Attorney
2 JOSEPH D. BARTON
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT
8
EASTERN DISTRICT OF CALIFORNIA
9

10

| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00220-NONE-SKO |
|---|---|
11
| Plaintiff, | STIPLUATION AND ORDER TO CONTINUE STATUS CONFERENCE |
12 | v. | |

13

14 FELIX ESPINOZA-VIGIL, aka Jose Torres-Contreras, Jose Contreras-Torres, Jose Luis Torres,

15

16 Defendant.

17

18        It is hereby stipulated by and between the parties hereto, through their respective counsel,

19 that the Status Conference scheduled for March 31, 2021, may be continued to April 21, 2021, at

20 1:00 p.m. before the Honorable Sheila K. Oberto.  The United States has produced initial

21 discovery to defense counsel.  Defense counsel has ongoing investigation to perform in this case

22 and needs to consult with her client.  Accordingly, the parties agree that time under the Speedy

23 Trial Act shall be excluded through April 21, 2021, in the interests of justice, including but not

24 limited to, the need for effective defense preparation and defense investigation pursuant to 18

25 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the ends of

26 justice served by taking this action outweigh the best interest of the public and the defendant in a

27 speedy trial.

28

1

2                                                          Respectfully submitted,

3                                                          PHILLIP A. TALBERT
                                                           Acting United States Attorney
4
    DATED: March 19, 2021                    By:      /s/ *Joseph Barton*
5                                                          Joseph Barton
                                                           Assistant United States Attorney
6                                                          Attorney for Plaintiff

7

8   DATED: March 19, 2021                    By:      /s/ *Alexia Stallings*
                                                           ALEKXIA STALLINGS
9                                                          Attorney for Defendant
                                                           Felix Espinoza-Vigil
10

11

12
                                      **ORDER**
13

14
          Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled
15
    for March 31, 2021, is continued until April 21, 2021, at 1:00 p.m., before the Honorable Sheila
16
    K. Oberto.  The period through April 21, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§
17
    3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).
18

19

20
    IT IS SO ORDERED.
21
    Dated:    **March 19, 2021**                         /s/ *Sheila K. Oberto*
22                                                         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
                                              -2-