PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS TORRES CONTRERAS, aka Felix Espinoza-Vigil, Jose Torres-Contreras, Jose Contreras-Torres, Jose Luis Torres, <br><br> Defendant. | Case No. 1:20-cr-00220-NONE-SKO <br><br> STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA; ORDER <br><br><br> DATE:  April 21, 2021 <br> TIME:  1:00 p.m. <br> JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for April 21, 2021, at 1:00 p.m., may be vacated and the case scheduled for a Change of Plea before the Honorable Dale A. Drozd on May 13, 2021. The parties agree that time under the Speedy Trial Act shall be excluded through May 13, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

1  //

2  The parties further agree that the ends of justice served by taking this action outweigh the best
3  interests of the public and of the Defendant to a speedy trial.

5      IT IS SO STIPULATED.

7  Dated: April 16, 2021       /s/ Alexia Torres Stallings
8                                             ALEKXIA TORRES STALLINGS
                                           Counsel for Jose Luis Torres Contreras

10 Dated: April 16, 2021       /s/ Joseph Barton
11                                            JOSEPH BARTON
                                           Assistant United States Attorney
12                                            Counsel for Plaintiff
                                           United States of America

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-cr-00220-NONE-SKO |
| Plaintiff, | |
| v. | |
| JOSE LUIS TORRES CONTRERAS, aka Felix Espinoza-Vigil, Jose Torres-Contreras, Jose Contreras-Torres, Jose Luis Torres, | ORDER |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for April 21, 2021, at 1:00 p.m. is vacated and the case is scheduled for a Change of Plea on May 13, 2021, before the Honorable Dale A. Drozd. The period through May 13, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Date: April 16, 2021         /s/ Sheila Oberto
                             UNITED STATES MAGISTRATE JUDGE