1  **LAW OFFICE OF ALEKXIA TORRES STALLINGS**
   Alekxia Torres Stallings SBN 296418
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: lextorres@lawtorres.com
5

6  Attorney for:
   **Jose Luis Torres Contreras**

7                    UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        Case No. 1:20-cr-00220-NONE-SKO

11 |     Plaintiff,

12 |     v.                           STIPULATION AND ORDER TO
                                      CONTINUE THE SENTENCING HEARING
13 | **Jose Luis Torres Contreras**,

14 |     Defendants.

15

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

17 DROZD AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

18     **COMES NOW** Defendant, JOSE LUIS TORRES CONTRERAS, by and through his

19 attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing

20 currently set for Friday, August 6, 2021, be continued to September 10, 2021.

21     Defense counsel is currently in Trial in the matter of *People v. Perez, BM939598A* and

22 needs additional time to brief and gather supporting documents. I have spoken to AUSA Joseph

23 Barton and he has no objection to continuing the matter. In addition, all counsel and USPO

24 Benjamine Roberts have agreed to continue the dates set forth in the Presentence Investigation

25 Referral/Schedule to the following dates:

26     **Informal objections due to Probation and Opposing Counsel August 13, 2021**

27     **(FINAL) Report Filed with Court and Disclosed to Counsel August 20, 2021**

28     **Formal Objections Filed with Court and Served to Probation and Opposing Counsel August 27, 2021**

1

**Reply, or Statement of Non-Opposition September 3, 2021**

**Judgement and Sentencing Date September 10, 2021**

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED: July 8, 2021                      */s/ Alekxia Torres Stallings*
                                                           ALEKXIA TORRES STALLINGS
                                                           Attorney for Defendant
                                                           Jose Luis Torres Contreras

DATED: July 8, 2021                      */s/Joseph Barton*
                                                           JOSEPH BARTON
                                                           Assistant U.S. Attorney

## **ORDER**

Pursuant to the parties' stipulation, the sentencing currently set for Friday, August 6, 2021 is hereby continued to Friday, September 10, 2021.

IT IS SO ORDERED.

Dated: **July 11, 2021**                                       *Dale A. Drozd*
                                                          UNITED STATES DISTRICT JUDGE